UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust<br><br>Plaintiff<br><br>vs.<br><br>Amy L. Manetti and Katie Manetti<br><br>Defendants | CIVIL ACTION NO: 2:19-cv-00249-JAW<br><br><br><br>RE:<br>7 June Street, Sanford, ME 04073<br><br>Mortgage:<br>March 23, 2012<br>Book 16291, Page 87 |

**AFFIDAVIT OF MICHELLE DOLE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO AMY L. MANETTI AND KATIE MANETTI**

I, Michelle Dole, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm who represents Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust ("U.S. Bank") in this matter. I submit this affidavit in support of Plaintiff's Motion for Default Judgment as to Defendants, ("Defendants") pursuant to Fed. R. Civ. P. 55(b).

2. Plaintiff's Complaint was filed on June 3, 2019.

3. Proof of Service for Defendants was filed on June 20, 2019.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants's response to the Complaint was due July 1, 2019.

5. Defendants are not in the military.

6. On August 6, 2019, Plaintiff filed a Motion for Entry of Default as to Defendants.

7. On August 6, 2019, this Court entered Default as to Defendants.

8. Upon information and belief, the attached payment history records received from our client were made at or near the time of the transactions by, or from information transmitted by someone with personal knowledge, pursuant to Fed. R. Evid. 803(6).

9. Upon information and belief, the attached payment history is kept in the course of a regularly conducted activity by our client, pursuant to Fed. R. Evid. 803(6).

10. Upon information and belief, the making of the attached records are a regular practice of our client's regularly conducted activity for maintaining records, pursuant to Fed. R. Evid. 803(6).

11. At the requested hearing, Plaintiff will produce a witness from the servicer of the subject loan to testify to the above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of September, 2019.

/s/Michelle Dole
Michelle Dole

**COMMONWEALTH OF MASSACHUSETTS**

ESSEX, ss.　　　　　　　　　　　　　　　　　　Dated this 6th day of September, 2019
COUNTY OF ESSEX

On this 6th day of September, 2019, before me, the undersigned notary public, personally appeared Michelle Dole, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

/s/ Noelle Marie Selden
Notary Public
Commission Expires: 3/29/2024