UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST<br><br>        Plaintiff<br><br>v.<br><br>AMY L. MANETTI AND KATIE MANETTI<br><br>        Defendants | 2:19-cv-00249-JAW |

## JUDGMENT OF FORECLOSURE AND SALE

**Address:  7 June Street, Sanford, ME 04073**
**Mortgage:  March 23, 2012, Book: 16291, Page:87**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on January 3, 2020.  Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust, was present and represented by John A. Doonan, Esq.  Defendants, Amy L. Manetti and Katie Manetti, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($123,272.70) within 90 days of the date of the Judgment, as that time period is

calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $94,743.15 |
| Interest | $10,126.69 |
| Escrow Advances | $17,962.81 |
| Late Charge | $576.57 |
| Less Unapplied Funds | ($136.52) |
| Grand Total | $123,272.70 |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($123,272.70) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Sanford Property shall terminate, U.S. Bank shall conduct a public sale of the Sanford Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $123,272.70 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $123,272.70.

5. U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust has first priority, in the amount of $123,272.70, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second

priority.

6. The prejudgment interest rate is 4.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT | Amy L. Manetti 321 Kennebunk Rd Sanford, ME 04073 | Defaulted |
|  | Katie Manetti 321 Kennebunk Road Sanford, ME 04073 | Defaulted |

a) The docket number of this case is No. 2:19-cv-00249-JAW.

b) The Defendants, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 7 June Street, Sanford, ME 04073, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 7 June Street, Sanford, ME 04073. The Mortgage was executed by the Defendants on March 23, 2012. The book and

   page number of the Mortgage in the York County Registry of Deeds is Book 16291, Page 87.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 7 June Street, Sanford, ME 04073.

f) This judgment shall not create any personal liability against Defendant, Katie Manetti, as she did not sign the Note but did sign the Mortgage.

**SO ORDERED**

Dated this 3rd day of January, 2020

             /s/ John A. Woodcock, Jr.
             JOHN. A WOODCOCK, JR.
             U.S. DISTRICT JUDGE